Chester County Commissioners *v.* Trego
(et al., Appellant).

Argued January 10, 1967. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Lawrence M. Aglow,* for appellant.

*Ronald M. Agulnick,* with him *Pitt and Agulnick,* for appellee.

*H. R. Gentry,* for Commissioners of Chester County, respondent.

OPINION PER CURIAM, March 14, 1967:
Order affirmed.